**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| E. HANLIN BAVELY, CHAPTER 7 TRUSTEE OF AAA SPORTS, INC. | § § § | Case No. 4:22-cv-00093 |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § § | |
| PANINI AMERICA, INC. | § § § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL**
**MOTION TO COMPEL DISCOVERY FROM DEFENDANT**

Plaintiff E. Hanlin Bavely, Chapter 7 Trustee of AAA Sports, Inc. ("Plaintiff"), respectfully files this Unopposed Motion to Seal its Motion to Compel Discovery from Defendant Panini America, Inc.'s ("Panini" or "Defendant"), as required by Local Rule CV-5(a)(7), and would show the Court as follows:

On February 10, 2022, Plaintiff filed the above-captioned lawsuit against Defendant. *See* Dkt. No. 1.

On July 6, 2022, the Court issued a protective order governing the handling of confidential documents and information produced or disclosed by the parties in this action. *See* Dkt. No. 27 (the "Protective Order").

Plaintiff seeks to seal certain information designated as confidential and attorney eyes only under the terms of the Protective Order. The specific information and materials Plaintiff seeks to seal is: Plaintiff's Motion to Compel Discovery from Defendant (the "Motion to Compel") and the accompanying exhibits. Filing the Motion to Compel and the exhibits under seal ensures that

confidential and attorney eyes only information is not seen by or disseminated to unauthorized

parties.

Dated: September 16, 2022

Respectfully submitted,

/s/ *Gary R. Sorden*
Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
Timothy J.H. Craddock
Texas Bar No. 24082868
tcraddock@coleschotz.com
Brian L. King
Texas Bar No. 24055776
bking@coleschotz.com
James R. Perkins
Texas Bar No. 24074881
jperkins@coleschotz.com
Vishal Patel
Texas Bar No. 24065885
vpatel@coleschotz.com
COLE SCHOTZ P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

Donald A. Ottaunick (admitted *pro hac vice*)
dottaunick@coleschotz.com
Jacob S. Frumkin (admitted *pro hac vice*)
jfrumkin@coleschotz.com
Matteo Percontino (admitted *pro hac vice*)
mpercontino@coleschotz.com
Jeffery M. Sauer (admitted *pro hac vice*)
jsauer@coleschots.com
COLE SCHOTZ P.C.
25 Main Street
Hackensack, NJ 07601
Tel: (201) 489-3000
Fax: (201) 489-1536

**ATTORNEYS FOR PLAINTIFF**
**E. HANLIN BAVELY, CHAPTER 7 TRUSTEE**
**OF AAA SPORTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022 a true and correct copy of the foregoing was served on all counsel of record via electronic mail

/s/ Gary R. Sorden
Gary R. Sorden

## CERTIFICATE OF COMPLIANCE

Plaintiff's counsel has complied with the substantive meet-and-confer requirement in Local Rule CV-7(h) with respect to this motion.  Defendant does not oppose this motion.

/s/ Gary R. Sorden
Gary R. Sorden