IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| E. HANLIN BAVELY, CHAPTER 7 TRUSTEE OF AAA SPORTS, INC. § § § Plaintiff, § § v. § § PANINI AMERICA, INC. § § Defendant. § § | Case No. 4:22-cv-00093 JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL MOTION TO COMPEL DISCOVERY FROM DEFENDANT

Came on this day, Plaintiff E. Hanlin Bavely, Chapter 7 Trustee of AAA Sports, Inc.'s Unopposed Motion to Seal Motion to Compel Discovery from Defendant (the "Motion to Seal" - Dkt. #36).  Upon review of the unopposed Motion to Seal, the Court finds that the Motion to Seal should be and, hereby is, **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Motion to Compel Discovery from Defendant (Dkt. #37) and the accompanying exhibits be sealed by the Clerk of the Court.

IT IS SO ORDERED.

SIGNED this 19th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE